Scott PALMER,[1] Petitioner
Below–Appellant,

v.

Lexie PALMER, Respondent
Below–Appellee.

No. 647, 2015

Supreme Court of Delaware.

Submitted: April 15, 2016
Decided: June 10, 2016

AFFIRMED.

Leroy MITCHELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 609, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016
Decided: June 15, 2016

AFFIRMED.

Mark COURTNEY, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 183, 2016

Supreme Court of Delaware.

Submitted: April 26, 2016
Decided: June 16, 2016

DISMISSED.

Jahlil LEWIS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 590, 2015

Supreme Court of Delaware.

Submitted: June 15, 2016
Decided: June 16, 2016

AFFIRMED.

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).